# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **SARA ROSENBERG, et al.,** : | |
| Plaintiffs, : | |
| : | **CIVIL ACTION** |
| v. : | |
| : | **NO. 14-5608** |
| **DVI RECEIVABLES, XIV, LLC, et al.,** : | |
| Defendants. : | |

## ORDER

**AND NOW**, this 4th day of June 2015, upon consideration of Defendants' motion to dismiss [Doc. No. 4] and Plaintiffs' responses in opposition thereto, and for the reasons stated in the accompanying memorandum opinion, it is hereby **ORDERED** that the Motion is **GRANTED** as follows: the Complaint is **DISMISSED WITH PREJUDICE** because the tortious interference claim asserted is preempted by 11 U.S.C. § 303(i). **IT IS FURTHER ORDERED** that the Clerk of Court shall **CLOSE** this case.

It is so **ORDERED.**

                                                  **BY THE COURT:**

                                                  **/s/ Cynthia M. Rufe**
                                                  _____
                                                  **CYNTHIA M. RUFE, J.**