**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **SARA ROSENBERG,** *et al.*, : | |
| **Plaintiffs,** : | |
| : | **CIVIL ACTION** |
| **v.** : | |
| : | **NO. 14-5608** |
| **DVI RECEIVABLES, XIV, LLC,** *et al.*, : | |
| **Defendants.** : | |

## ORDER

**AND NOW**, this 28th day of August 2019, upon consideration of the Trust's motion for summary judgment on U.S. Bank's counterclaim [Doc. No. 66] and the responses and replies thereto, and Defendants' motion for summary judgment on Plaintiffs' tortious interference claim [Doc. No 67] and the response and reply thereto, it is hereby **ORDERED** as follows:

1. The Trust's motion [Doc. No. 66] is **GRANTED** and U.S. Bank's counterclaim is **DISMISSED**;

2. Defendants' motion [Doc. No. 67] is **GRANTED** and Plaintiffs' tortious interference claim is **DISMISSED** as time-barred;

3. The above-captioned case is **DISMISSED**; and

4. The Clerk of Court is directed to **CLOSE** this case.

It is so **ORDERED**.

BY THE COURT:

/s/ Cynthia M. Rufe

_____
**CYNTHIA M. RUFE, J.**